UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RAMONA JOHNSON,                )
                               )
     Plaintiff,                )
                               )
     v.                        )     Civil Action No. 07-2192 (RWR)
                               )
MICHAEL CHERTOFF,              )
                               )
     Defendant.                )
_____)
```

**ORDER**

In light of the notice of related cases accompanying the plaintiff's complaint, it is hereby

ORDERED that the plaintiff file a memorandum on or before December 27, 2007 offering detailed support for her claim that the alleged retaliation was due in part to the participation of her husband, Tony Ball, in the <u>Moore, et al. v. Chertoff</u> (00-cv-953) class action.

SIGNED this 12th day of December, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```