IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMONA JOHNSON

                Plaintiff,

v.    Civil Action No.1:07cv02192 (RWR)

MICHAEL CHERTOFF, SECRETARY
DEPARTMENT OF HOMELAND SECURITY

                Defendant.
_____

**PROOF OF SERVICE**

Attached hereto are return receipt cards from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein, as well as the Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i).  Service on the United States Attorney was effected on December 6, 2007.

                _____
                Richard A. Salzman, 422497
                HELLER, HURON, CHERTKOF
                LERNER, SIMON & SALZMAN
                1730 M Street, NW
                Suite 412
                Washington, DC 20036
                (202) 293-8090

                Attorneys for Plaintiff

2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage prepaid on December 6, 2007 to:

>Michael Chertoff, Secretary
>Department of Homeland Security
>245 Murray Lane/RDS
>Washington, DC  20528-0300


_____
Richard A. Salzman



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 3110 0004 1112 4725
Detailed Results:

- Delivered, December 10, 2007, 7:46 am, WASHINGTON, DC 20528
- Arrival at Unit, December 10, 2007, 2:49 am, WASHINGTON, DC 20022
- Acceptance, December 06, 2007, 12:16 pm, WASHINGTON, DC 20036

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

( < Back )     ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

