UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA JOHNSON )<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>)<br>MICHAEL CHERTOFF, Secretary )<br>Department of Homeland Security, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-2192 (RWR) |

**MEMORANDUM SUPPORTING FILING AS RELATED CASE**

In accordance with the Court's December 12, 2007 Order, Plaintiff Ramona Johnson hereby submits this memorandum explaining why this case should be considered as "related" to *Moore, et al, v. Chertoff*, C.A. 00-953 (RWR) ("*Moore*"), currently pending before this Court.

Plaintiff is married to Secret Service Special Agent Tony Ball, who has filed a companion case of retaliation before this Court. See *Ball v. Chertoff*, CA 07-2193 (RWR). Today, Plaintiff Ball has filed a memorandum explaining why he is a member of the *Moore* class litigation, and how the retaliation that both Plaintiff Ball and Plaintiff Johnson allege in these companion cases grows directly out of SA Ball's protected activity as a member of the *Moore* class. Plaintiff Johnson hereby incorporates the facts and arguments set forth in Plaintiff Ball's Memorandum, as if fully set forth herein. For those same reasons, Plaintiff Johnson also asks the Court to treat this case as "related" to the *Moore* litigation, and thus properly in this Court.

2

Plaintiff is still in the process of serving defendant, so Plaintiff cannot yet state whether defendant consents or objects to treating this case a related to *Moore*.

/s/
Richard A. Salzman  422497
Heller, Huron, Chertkof
Lerner, Simon & Salzman
1730 M St., NW Suite 412
Washington, DC 20036
(202) 293-8090

Counsel for Plaintiff