IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMONA JOHNSON

        Plaintiff,

                              Civil Action No.1:07cv02192 (RWR)

v.

MICHAEL CHERTOFF, SECRETARY
DEPARTMENT OF HOMELAND SECURITY

        Defendant.

_____

**PROOF OF SERVICE**

    Attached hereto are return receipt cards from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein, as well as the Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i).  Service on the United States Attorney was effected on December 6, 2007.

                              _____

                              Richard A. Salzman, 422497
                              HELLER, HURON, CHERTKOF
                              LERNER, SIMON & SALZMAN
                              1730 M Street, NW
                              Suite 412
                              Washington, DC 20036
                              (202) 293-8090

                              Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage prepaid on December 6, 2007 to:

        Michael Chertoff, Secretary
        Department of Homeland Security
        245 Murray Lane/RDS
        Washington, DC  20528-0300

        _____
        Richard A. Salzman



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0004 1112 4725**
Detailed Results:

- **Delivered, December 10, 2007, 7:46 am, WASHINGTON, DC 20528**
- **Arrival at Unit, December 10, 2007, 2:49 am, WASHINGTON, DC 20022**
- **Acceptance, December 06, 2007, 12:16 pm, WASHINGTON, DC 20036**

(< Back)          (Return to USPS.com Home >)

### Track & Confirm
Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    12/18/2007