IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMONA JOHNSON

                         Plaintiff,

                                           Civil Action No.1:07cv02192 (RWR)

     v.

JEFFREY A. TAYLOR, U.S. ATTORNEY
 FOR THE DISTRICT OF COLOMBIA
UNITED STATES DEPARTMENT OF JUSTICE

                         Defendant.
_____

**PROOF OF SERVICE**

       Attached hereto are return receipt cards from the United States Postal Service reflecting

service of the summons and complaint by certified mail on the defendant herein, as well as the

Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i).  Service on the

United States Attorney was effected on December 6, 2007.

                                 _____
                                 Richard A. Salzman, 422497
                                 HELLER, HURON, CHERTKOF
                                 LERNER, SIMON & SALZMAN
                                 1730 M Street, NW
                                 Suite 412
                                 Washington, DC 20036
                                 (202) 293-8090

                                 Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage

prepaid on December 6, 2007 to:


Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
U.S. Department of Justice
555 4th Street, NW
Washington, DC  20530


_____
Richard A. Salzman

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here
DEC 16 2007

Sent To: *Jeffrey A. Taylor / US attorney for the*
Street, Apt. No.; or PO Box No. *District of Columbia*
*US Dept. of Justice*
*555 4th St NW Judiciary Center*
City, State, ZIP+4 *Washington, DC 20530*

PS Form 3800, June 2002          See Reverse for Instructions

7003 3110 0004 1112 4718

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036-4517

RECEIVED DEC 1 3 2007    RECEIVED DEC 1 ᵛ 2007

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Jeffrey A. Taylor*
*US attorney for the*
*District of Columbia*
*Judiciary Center*
*555 4th St, NW*
*Washington, DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L Parker_    ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
DEC 1 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)     7003 3110 0004 1112 4718

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0381

*Re: Bell/Johnson*