**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RAMONA JOHNSON** | ) |
| 25 West Glebe Road | ) |
| No. C-22 | ) |
| Alexandria, VA 22305 | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | )   Civil Action No. 07-2192 (RWR) |
|  | ) |
| **MICHAEL CHERTOFF, Secretary** | ) |
| **Department of Homeland Security,** | ) |
|  | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137