UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAMONA JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2192 (RWR) |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be and hereby is referred to mediation to commence on the date this Order is filed and to conclude on June 17, 2008.  Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator.  The parties shall file a joint status report and proposed order by June 19, 2008.  It is further

ORDERED that if this case settles in whole or in part, plaintiff shall advise the Court by promptly filing a stipulation.

SIGNED this 18th day of April, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge