UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAMONA JOHNSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-2192 (RWR) |
| MICHAEL CHERTOFF, | ) ) ) | |
| Defendant | ) ) | |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please withdraw Assistant United States Attorney Claire Whitaker as counsel for the defendant. Assistant United States Attorney Harry Roback shall remain counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2008, I caused the foregoing Substitution of Counsel to be served on counsel for plaintiffs by the Court's ECF system:

Richard A. Salzman

HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309