UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA JOHNSON and TONY BALL, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civ. A. Nos. 07-2192 and 07-2193 <br> ) (consolidated) (RWR) |
| MICHAEL CHERTOFF, Secretary of the <br> Department of Homeland Security, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO CONSOLIDATED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Secret Service hereby moves for an extension until July 28, 2008 to respond to the plaintiffs' consolidated complaint in this action. Plaintiffs consents to this extension. As the Secret Service demonstrates below, good cause exists for this modest extension.

1. In the consolidated complaint, plaintiffs allege that the Secret Service retaliated against them based on Mr. Ball's administrative complaint of racial discrimination.

2. The Secret Service's response to the consolidated complaint is currently due on July 18, 2008.

3. The Secret Service and its counsel have been working diligently to assess the allegations made in plaintiffs' consolidated complaint and respond to those allegations. However, counsel for the Secret Service needs a modest extension to complete this process because he will be out of town until July 22, 2008.

4. Plaintiffs will not be prejudiced by this extension.

5. This is Defendant's first request for an extension.

A proposed order is attached.

        Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530

July 16, 2008        Tel: 202-616-5309
harry.roback@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA JOHNSON and TONY BALL, ) | |
| Plaintiffs, ) | |
| v. ) | Civ. A. Nos. 07-2192 and 07-2193 |
| ) | (consolidated) (RWR) |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendant United States Secret Service to Respond to the Consolidated Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Secret Service shall respond to the Consolidated Complaint by July 28, 2008.

SO ORDERED.


Date: _____                     _____
                                            United States District Judge