UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY BALL ) <br> ) <br> and ) <br> ) <br> RAMONA JOHNSON ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> Department of Homeland Security, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Numbers: 07-2192 and <br> 07-2193 (consolidated) (RWR) |

**CONSENT MOTION FOR EXTENSION OF TIME TO**
**<u>OPPOSE MOTION TO DISMISS</u>**

With the consent of defendant, Plaintiff hereby moves for an extension until August 22, 2008, to oppose defendant's pending Motion to Dismiss plaintiff Ramona Johnson's complaint. Plaintiff's counsel was out of town on vacation on July 28, 2008 when the Motion was filed, and just returned today. Counsel has several depositions previously scheduled to be taken in a different case during the week of August 11, and so needs this brief extension to adequately respond to the issues raised in defendant's Motion to Dismiss. Counsel for defendant has consented to this request. A proposed Order is attached.

/s/
Richard A. Salzman  422497

Heller, Huron, Chertkof
Lerner, Simon & Salzman
1730 M St., NW Suite 412
Washington, DC 20036
(202) 293-8090

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY BALL )<br>   )<br>and )<br>   )<br>RAMONA JOHNSON )<br>   )<br>     Plaintiffs )<br>   v.   )<br>   )<br>   )<br>   )<br>MICHAEL CHERTOFF, Secretary )<br>Department of Homeland Security, )<br>   )<br>     Defendant. )<br>   ) | Civil Action Numbers: 07-2192 and<br>07-2193 (consolidated) (RWR) |

ORDER

Plaintiff's Consent Motion for an extension of time until August 22, 2008 to oppose defendant's Motion to Dismiss the Johnson complaint is GRANTED.

_____
United States District Court