UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAMONA JOHNSON and TONY BALL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. Nos. 07-2192 and 07-2193 (consolidated) (RWR) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Secret Service hereby moves for an extension until September 12, 2008 to file a reply in support of its motion to dismiss Ramona Johnson as a plaintiff in this case. As the Secret Service demonstrates below, good cause exists for this modest extension.

1. The Secret Service has moved to dismiss Ramona Johnson as a plaintiff in this Title VII case on the grounds that she is not covered by the statute.

2. Ms. Johnson has opposed this motion. The Secret Service's reply brief is currently due on August 2, 2008.

3. The Secret Service and its counsel have been working diligently to assess the arguments made in plaintiff's response to its motion to dismiss. However, counsel for the Secret Service needs a modest extension to complete this process.

4. Plaintiff consents to this extension and will not be prejudiced by it.

5. This is Defendant's first request for an extension.

A proposed order is attached.

        Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
August 28, 2008        Tel: 202-616-5309
harry.roback@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA JOHNSON and TONY BALL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. Nos. 07-2192 and 07-2193 |
| ) | (consolidated) (RWR) |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Secret Service shall file a reply in support of its motion to dismiss by September 12, 2008.

SO ORDERED.

Date:_____                                          _____
                                                          United States District Judge